

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-20-00008-CV

Dennis R. **CAHILL**,
Appellant-s

v.

Shirley A. **JONES-CAHILL**,
Appellee-s

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-236
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due April 22, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court